**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Tasha Taylor** ) | |
| ) | **Case No: 15 B 40307** |
| ) | **Judge: Barnes** |
| ) | **Chapter 13** |
| **Debtor** ) | |

**NOTICE OF MOTION**

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S Michigan, Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Tasha Taylor, 349 Marshall Ave, Bellwood, IL 60104
**See Attached Service List**

PLEASE TAKE NOTICE that on May 2, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Barnes, or any other Bankruptcy Judge presiding in his place in Courtroom 744 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

**PROOF OF SERVICE**

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before April 9th, 2019.

_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-40307<br>Northern District of Illinois<br>Eastern Division<br>Tue Apr  9 16:29:41 CDT 2019 | Capital One Auto Finance<br>P.O. BOX 201347<br>ARLINGTON, TX 76006-1347 | Capital One Auto Finance c/o AIS Portfolio S<br>P.O. BOX 4360<br>Houston, TX 77210-4360 |
| Capital One Auto Finance c/o AIS Portfolio S<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Recovery Management Systems Corporation<br>25 SE Second Avenue Suite 1120<br>Miami, FL 33131-1605 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Amsher Collection Serv<br>600 Beacon Pkwy W Ste 30<br>Birmingham, AL 35209-3114 | Applied Bank<br>660 Plaza Dr<br>Newark, DE 19702-6369 |
| Bby/cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 | Capital One<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Capital One Auto Finance<br>AIS Portfolio Services LP<br>4515 N Santa Fe Ave. Dept APS<br>Oklahoma City, OK 73118-7901 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Carmax Auto Finance<br>2040 Thalbro St<br>Richmond, VA 23230-3200 | Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 |
| City Of Chicago Department Finance<br>Department of Finance c/o Arnold Scott H<br>111 W Jackson Blvd Ste 600<br>Chicago, IL 60604-3517 | City of Berwyn<br>PO box 7723<br>Carol Stream, IL 60197-7723 | City of Chicago Parking<br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | Convergent<br>PO Box 1022<br>Wixom, MI 48393-1022 | Credit Collection Services<br>2 Wells Ave<br>Newton Center, MA 02459-3246 |
| Dfs/webbank<br>Po Box 81607<br>Austin, TX 78708-1607 | Encore Receivable Management Inc<br>400 N Rogers Rd<br>PO Box 3330<br>Olathe, KS 66063-3330 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 |
| Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Harvard Collection<br>4839 N Elston Ave<br>Chicago, IL 60630-2589 | IL Department of Human Services<br>401 South Clinton Street<br>Chicago, IL 60607-3800 |
| IL Dept. of Human Services<br>Cash Mangement Unit<br>PO Box 19407<br>Springfield, IL 62794-9407 | Illinois Department of Human Serv.<br>100 South Grand Avenue East<br>Springfield, IL 62762-0002 | Illinois Department of Human Services<br>IL Attorney General<br>160 N. LaSalle St., Suite N-1000<br>Chicago, IL 60601-3118 |

| | | |
|---|---|---|
| Mcsi Inc<br>Po Box 327<br>Palos Heights, IL 60463-0327 | Midland Credit Management, Inc. as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Monterey Financial Svc<br>4095 Avenida De La Plata<br>Oceanside, CA 92056-5802 |
| Mrsi<br>2250 E Devon Ave Ste 352<br>Des Plaines, IL 60018-4521 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | Navy Federal Cr Union<br>820 Follin Lane<br>Vienna, VA 22180-4907 |
| Oppity Fin<br>11 E. Adams<br>Chicago, IL 60603-6301 | Opportunity Financial, LLC<br>11<br>Chicago, IL 60603 | Park Nationl<br>28 West Madison Street<br>Oak Park, IL 60302-4230 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Preferred Credit Inc<br>3051 2nd St S Ste 200<br>Saint Cloud, MN 56301-3202 | Preferred Credit Inc<br>PO Box 1970<br>Saint Cloud, MN 56302-1970 |
| Receivables Performanc<br>20816 44th Ave W<br>Lynnwood, WA 98036-7744 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | State Farm Financial S<br>3 State Farm Plaza<br>Bloomington, IL 61791-0002 |
| Syncb/care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/hh Gregg<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Syncb/sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | U. S. Department of Education<br>c/o FedLoan Servicing<br>P. O. Box 69184<br>Harrisburg, PA   17106-9184 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Village of Oak Park<br>PO box 10479<br>Newport Beach, CA 92658-0479 | Webbank/fingerhut<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303-0820 |
| Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

Tasha Taylor
349 Marshall Ave.
Bellwood, IL 60104-1427

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Portfolio Recovery Associates, LLC
successor to Citibank, N.A. (BEST BUY)
POB 41067
Norfolk VA 23541

T-Mobile
Bankrupctcy Department
PO Box 53410
Bellevue, WA 98015

Us Bank
Po Box 790084
Saint Louis, MO 63179

End of Label Matrix
Mailable recipients    60
Bypassed recipients     0
Total                  60

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: Tasha Taylor     ) | |
|                        ) | Case No:   15 B 40307 |
|                        ) | Judge:     Barnes |
|                        ) | Chapter    13 |
| **Debtor**              ) | |

**MOTION TO MODIFY PLAN**

Now comes Tasha Taylor (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On November 25, 2015, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on February 25, 2016. The confirmed plan called for payments of $740.00 for 3 months, and $890.00 for 57 months, paying unsecured creditors 10% on their claims.

3. The Debtor's confirmed plan requires her to turn over income tax refunds to the Trustee.

4. The Debtor filed her 2018 income tax return and received a refund of $8,636.00. Please see Exhibit A.

5. The Debtor used her return to pay for household expenses for her rent and utilities. Debtor was off work for seven weeks starting at the end of January 2019 to care for her father while he had hip surgery. Debtor did not return to work until March 19th, 2019. Debtor did not receive any supplemental income during her time off work and lived off her tax refund. Debtor paid $2,900.00 for rent for February and March 2019.

Please see Exhibit B. Debtor also paid utility bills in the amount of $478.00 to ComEd. Please see Exhibit C. Additionally, Debtor needed car repairs done to replace her transmission and tires which amounted to $5,491.05. Please see Exhibit D.

6.     Debtor respectfully requests the keep her 2018 tax refund in the amount of $8,636.00.

7.     Additionally, the Trustee's office now allows Debtors to keep $1200.00 of their tax refund. Debtor respectfully requests to amend Section G to add the tax return and refund language. Debtor requests that Section G is amended as follows: "On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor(s) shall tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Permitting her to keep her 2018 income tax refund;
2. Section G of the Plan is amended to add tax return and refund language; and
3. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001